DJW/sr

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**                            **Case No.  08-2002-CM-DJW**

**SHIRLEY J. OYER, et al.,**

        **Defendants.**

### ORDER

Pending before the Court is Plaintiff's Motion for Relief From Requirement to Have a Person With Full Settlement Authority Attend the Settlement Conference or, in the Alternative, for an Order Staying the Requirement (doc. 20).  The Court has considered Plaintiff's Motion, its Memorandum in support of the Motion, and statements of counsel for some of the Defendants.  Being advised of the premises and for good cause shown, the Motion is granted in part and denied in part as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Relief From Requirement to Have a Person With Full Settlement Authority Attend the Settlement Conference or, in the Alternative, for an Order Staying the Requirement (doc. 20) is granted in part and denied in part as moot.

**IT IS FURTHER ORDERED** that Plaintiff shall be excused from the requirement that a person with full settlement authority physically attend the Settlement Conference scheduled before United States Magistrate Judge David Waxse on August 20, 2008.

**IT IS FURTHER ORDERED** that Plaintiff shall be required to have its trial attorney, Martin Shoemaker, physically attend the Settlement Conference scheduled before United States Magistrate Judge David Waxse on August 20, 2008.

**IT IS FURTHER ORDERED** that Plaintiff shall be required to have Mr. Shoemaker's Section Chief, Seth Heald, available by telephone during the Settlement Conference scheduled before United States Magistrate Judge David Waxse on August 20, 2008.

**IT IS FURTHER ORDERED** that Plaintiff's request to stay the requirement that a person with actual settlement authority attend the Settlement Conference to allow the Plaintiff to seek appellate review of the requirement is denied as moot.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 28th day of July 2008.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge

cc:    All counsel and *pro se* parties