IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case no. 2:08-cv-2002-CM-DJW |
| | ) |
| SHIRLEY J. OYER, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| _____) | |

**ORDER**

This matter comes before the Court on the United States' Unopposed Motion for Continuance (doc. no. 89) of the trial presently set on the calendar beginning August 31, 2009, and for a commensurate continuance of the due dates for the corresponding pretrial filings. The motion is GRANTED.

Trial in this matter is continued until October 5, 2009. Deadlines for pretrial matters set forth in the Pretrial Order (doc. no. 54, p. 48) shall be based on the new trial date.

It is so ORDERED.

Dated this 10th day of August, 2009 at Kansas City, Kansas.

s/ Carlos Murguia
CARLOS MURGUIA
United States District Judge