IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case no. 08-cv-02002-CM-DJW |
| ) | |
| SHIRLEY J. OYER, et al., ) | |
| ) | |
| Defendants ) | |

**REGARDING SUMMONS AND COMPLAINT ISSUED 1/03/2008, DOC # 1:
REFERENCED HERETO AND THEREBY INCORPORATED AS AN INTEGRAL
PART OF THIS PETITION FOR
ABATEMENT**

COMES NOW, Shirley Jean Oyer, respectfully requesting the indulgence of this court as I am not schooled in law and notices the court with enunciation of principles as stated in Haines vs Kerner at 404 U. S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following petition.

I ,Shirley Jean Oyer, wish to petition this court to abate the above-referenced summons and complaint NUNC PRO TUNC on the following grounds:

    1.    The summons and complaint against SHIRLEY J. OYER, a fictitious name, was delivered into my hand on 1/03/2008 (see Doc #1). As a prudent Woman who fears that her ignoring of the instruments might well result in coercive procedures being used against her, has chosen to approach this court with this petition that the court abate these instruments so they cannot in their present form further restrain my liberties, property rights and pursuit of happiness.

1

2. That the instruments were served on or delivered to me is evidence that this is a case of misnomer or mistaken identity. The instruments are against a fictitious name, "SHIRLEY J. OYER." My given name is "Shirley Jean," with the initial letters capitalized as required by Rules of English Grammar for the writing of the names of natural people. My patronymic, family name or surname is "Oyer," with the initial letter capitalized. The summons and complaint do not name me.

3. If the complainant or accuser has any claim or argument against me, it can bring a complaint or accusation against my real name. My objections herein will make it possible for the complainant or accuser to issue a better writ, which is the primary purpose of matters in abatement.

4. This is by content, grounds, intent and definition a petition in abatement, and may not be construed as a motion for dismissal or for more amendments of the instruments. It may be justly resolved only by abatement by the court.

When a petition for abatement is before the court, that court is charged according to the defendant (petitioner) the benefit of the doubt. Also, courts should take cognizance of the law that provides: Where conditions for its issuance exist, abatement is a matter of right, not of discretion; The misnomer or misdescription of a part of defendant is grounds for abatement; and, Grounds for abatements are the same for equity and law cases.

FURTHER I SAYETH NOT, except to advise the court that in the absence of abatement of the instruments as a restraint against my liberty, property rights and pursuit of happiness, I shall henceforth remain mute.

Dated this __Fourteenth__ day of the __Eighth Month__, in the year of our Lord Two Thousand Nine in Johnson County, State of KANSAS:

/s/Shirley Oyer
Shirley Oyer
c/o 24301 West 71st Street
Shawnee, Kansas; near [66227]
816/223-1600

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this <u>Fourteenth</u> day of the <u>   Eighth Month  </u>, in the year of our Lord Two Thousand Nine, a true and correct copy of the above Defendant's (Petitioner's) Petition for Abatement was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. I further certify that service of the foregoing Petition for Abatement was made on the following non-CM/ECF participant on the <u>Fourteenth</u> day of the <u>   Eighth Month  </u>, Two Thousand Nine, by e-mail:

Christopher Oyer
crisoyer@yahoo.com

3